PAUL KLINE, RESPONDENT, *v.* ABRAHAM S. BAIRSTO, AS EXECUTOR, ETC., OF SALLY GREEN, DECEASED, APPELLANT.

Judgment reversed and a new trial ordered before another referee, costs to abide event, unless the plaintiff consents that the judgment

be modified by requiring the plaintiff to pay into court, within ten days, for the use of the defendant, the sum tendered, with interest thereon from the date of the tender, and also by striking out the award of costs to the plaintiff, in which case the judgment, as so modified, is affirmed without costs to either party.